UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED

2008 JUL 10  AM 9: 48

CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, | )  Magistrate Case No.: |
|                              Plaintiff, | ) |
|  | )  COMPLAINT FOR VIOLATION OF: |
|                              v. | ) |
|  | )  Title 8, U.S.C., Section 1326; |
| Marcos PERES-Miranda | ) |
|  | )  Deported Alien Found in the |
|  | )  United States |
|  | ) |
|  | )   '08 MJ 2084 |
|                              Defendant. | ) |

The undersigned complainant, being duly sworn, states:

On or about, **December 8, 2007,** within the Southern District of California, defendant **Marcos PERES-Miranda**, an alien, who previously had been excluded, deported and removed from the United States to Mexico, was found in the United States, without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent;
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **July 2008.**

_____
UNITED STATES MAGISTRATE JUDGE

## PROBABLE CAUSE STATEMENT

On **December 8, 2007**, the defendant identified as, **Marcos PERES-Miranda** was arrested by the Escondido Police Department in Escondido, California for violation of Health and Safety Code 11377(A) (POSSESSION OF A CONTROLLED SUBSTANCE) and booked into County Jail where an Immigration Enforcement Agent determined the defendant to be a citizen of Mexico and placed a Form I-247 (Immigration Detainer) pending his release from county jail.

On July 9, 2008, the defendant was referred to United States Immigration and Customs Enforcement (ICE), Field Office in San Diego, California. An Immigration Enforcement Agent conducted computer database record checks and reviewed various sources of information confirming the defendant to be a citizen of Mexico having been deported or removed from the United States on at least one occasion.

A thorough review of official immigration computer database record checks and information contained in the Alien Registration file revealed that the defendant **Marcos PERES-Miranda** has been ordered removed from the United States by an Immigration Judge on or about February 14, 2006 and removed to Mexico, via the Calexico, Port of Entry on February 14, 2006 and removed to Mexico that same day. Record checks further indicate that the defendant has not applied to the Attorney General of the United States or the Secretary of the Department of Homeland Security for permission to re-enter the United States.

The Automated Biometric Fingerprint Identification System (IDENT) and Automated Fingerprint identification System (IAFIS) were utilized and compared the defendant's fingerprints to those contained in these databases. The results confirmed the defendant's identity as **Marcos PERES-Miranda,** a citizen and national of Mexico.

SIGNATURE OF COMPLAINANT
Immigration Enforcement Agent;
U.S. Immigration & Customs Enforcement

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **10th** DAY OF **July 2008.**

UNITED STATES MAGISTRATE JUDGE