1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
6  Attorneys for Mr. Peres-Miranda

7
8                    UNITED STATES DISTRICT COURT
9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA
10

11 | UNITED STATES OF AMERICA,          )  Case No. 08mj2084
                                        )
12 |         Plaintiff,                 )
                                        )
13 | v.                                 )
                                        )  **NOTICE OF APPEARANCE**
14 | **MARCO PERES-MIRANDA,**           )
                                        )
15 |         Defendant.                 )
                                        )
16

17         Pursuant to implementation of the CM/EMF procedures in the Southern District of California,
18 James M. Chavez, Federal Defenders of San Diego Inc., files this Notice of Appearance as lead attorney in
19 the above-captioned case.

20                                         Respectfully submitted,

21 Dated: July 14, 2008                     *s/ James M. Chavez*
                                            Federal Defenders of San Diego, Inc.
22                                          *james_chavez@fd.org*

23
24
25
26
27
28

1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5

6  Attorneys for Mr. Peres-Miranda

7

8                    UNITED STATES DISTRICT COURT

9                   SOUTHERN DISTRICT OF CALIFORNIA

10

11 | UNITED STATES OF AMERICA, | ) | Case No. 08mj2084 |
   |---|---|---|
12 | Plaintiff, | ) | |
13 | v. | ) | **PROOF OF SERVICE** |
14 | **MARCOS PERES-MIRANDA**, | ) | |
15 | Defendant. | ) | |

16

17         Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best

18 of his information and belief, and that a copy of the foregoing document has been served via CM/ECF this

19 day upon:

20         **ASSISTANT UNITED STATES ATTORNEY**
           Efile.dkt.gc2@usdoj.gov
21

22

23

24 Dated: July 14, 2008                          *s/ James M. Chavez*
                                                JAMES M. CHAVEZ
                                                Federal Defenders of San Diego, Inc.,
25                                              225 Broadway, Suite 900
                                                San Diego, CA 92101-5030
26                                              (619) 234-8467  (tel)
                                                (619) 687-2666  (fax)
27                                              e-mail: james_chavez@fd.org

28