1  **JAMES M. CHAVEZ**
   California State Bar No. 255766
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
   225 Broadway, Suite 900
3  San Diego, California 92101-5030
   Telephone (619) 234-8467
4  Facsimile (619) 687-2666
   james_chavez@fd.org
5
   Attorneys for Mr. Perez-Miranda
6

7

8                      UNITED STATES DISTRICT COURT

9                    SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE JOHN A. HOUSTON)**

11  UNITED STATES OF AMERICA,          )  Case No.  08CR2604-JAH
                                       )
12          Plaintiff,                 )
                                       )
13  v.                                 )  **WITHDRAWAL DOCUMENT**
                                       )
14  **MARCO PERES-MIRANDA**,           )
                                       )
15                                     )
            Defendant.                 )
16  _____ )

17         The Defendant, Marco Perez-Mirando, by and through his attorneys, Andrew Lah and Federal

18  Defenders of San Diego, Inc. hereby requests to withdrawal document number 17  from the clerks record

19  due to incorrectly uploading of the chart.

20                                        Respectfully submitted,

21  Dated:  August 22, 2008              _s/  *James M. Chavez*_____
                                         **JAMES M. CHAVEZ**
22                                       Federal Defenders of San Diego, Inc.
                                         225 Broadway, Suite 900
23                                       San Diego, CA  92101
                                         Telephone: (619) 234-8467
24                                       Facsimile: (619) 687-2666
                                         James_chavez@fd.org
25
                                         Attorneys for Mr. Peres-Miranda
26

27

28

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No.<u>08CR2604-JAH</u> |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | **CERTIFICATE OF SERVICE** |
| **MARCOS PERES-MIRANDA**, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of her information and

belief, and that a copy of the foregoing  has been electronically served this day upon:

> **Charlotte Kaiser**
> charlotte.Kaiser@usdoj.gov,efile.dkt.gc1@usdoj.gov

Respectfully submitted,

DATED: August 22, 2008

*s/ James M. Chavez*
**JAMES M. CHAVEZ**
Federal Defenders of San Diego, Inc.
Attorneys for Defendant
E-mail: James_Chavez@fd.org